Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

ANNA MARIA MOLINA

CASE NO: 14-70096-HDH-13
HEARING DATE: 5/14/2014
HEARING TIME:  10:00 AM

## NOTICE OF HEARING AND THE RIGHT TO OBJECT

PLEASE TAKE NOTICE that on 5/14/2014 at 10:00 AM at the following location

LIVE HEARING:  US COURTHOUSE ROOM 222, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

The above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

### Debtor's(s')  Chapter 13 Plan and Motion for Valuation

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing.  The objection or response must be served upon the Debtor's(s') counsel (or the Debtor(s) if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON 5/14/2014 AT 08:30 AM AT THE FOLLOWING ADDRESS:

US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

HEARINGS ON OBJECTIONS OR RESPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

Dated:    4/21/2014                                 Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF HEARING AND THE RIGHT TO OBJECT for the Debtor's(s') Chapter 13 Plan and Motion for Valuation was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

| | |
|---|---|
| Date: 4/21/2014 | /s/ Walter O'Cheskey |
| | _____ |
| | Walter O'Cheskey |
| | Chapter 13 Trustee |

ACE CASH EXPRESS 3100 MIDWESTERN PARKWAY STE 200  WICHITA FALLS TX 76306
ADVANCE AMERICA 1706 9TH ST  WICHITA FALLS TX 76301
AMERICAN THRIFT 715 10TH STREET  WICHITA FALLS TX 76301
ANNA MARIA MOLINA 4605 CHUCK DR  WICHITA FALLS TX 76310
BAC HOME LOANS SERVICES 450 AMERICAN ST  SIMI VALLEY CA 93065
BEXAR CAD PO BOX 830248  SAN ANTONIO TX 78283
CAPITAL LOANS INC 3401 KEMP BOULEVARD STE N  WICHITA FALLS TX 76308
CAPITAL LOANS WORLD ACCEPTANCE CORPORATION PO BOX 6429  BANKRUPTCY PROCESSING CTR GREENVILLE SC 29606
CAPITOL LOANS 3401 KEMP BLVD NO N  WICHITA FALLS TX 76308
CERTEGY PAYMENT REC SRVS INC 11601 ROOSEVELT BLVD  ST PETERSBURG FL 33716
CHECK N GO OF TEXAS 4214 KEMP  WICHITA FALLS TX 76308
CITY OF WF, WFISD, WICHITA CO C/O HAROLD LEREW PO BOX 8188 WICHITA FALLS TX 76307
CONTINENTAL -AKA SECURITY FINANCE CORP SFC CENTRAL BANK-CONTINENTAL LOANS PO BOX 1893 SPARTANSBURG SC 29304
CONTINENTAL CREDIT 2910 KEMP BLVD STE 107  WICHITA FALLS TX 76308
COTTONWOOD FINANCIAL DBA THE CASH STORE 1901 GATEWAY DRIVE STE 200  IRVING TX 75038
CREDIT ONE BANK PO BOX 98872  LAS VEGAS NV 89193
EZ MONEY LOAN SVCS 3210 MIDWESTERN PKWY NO 400  WICHITA FALLS TX 76308
FIRST CASH CREDIT LTD 3601 CALLFIELD RD  WICHITA FALLS TX 76308
FIRST CASH CREDIT LTD 690 E LAMAR BLVD STE 400  ARLINGTON TX 76011
GOLD STAR FINANCE 927 INDIANA AVE  WICHITA FALLS TX 76301
HARVEY LAW GROUP PO BOX 131407  HOUSTON TX 77219
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
JEFFERSON CAPITAL SYSTEMS LLC PO BOX 7999  SAINT CLOUD MN 56302
JEFFERSON CAPITAL SYSTEMS LLC PO BOX 953185  ST LOUIS MO 63195
KIOWA RED RIVER CASINO SH 36 E1980  DEVOL OK 73531
KOHLS ATTN RECOVERY PO BOX 3120 MILWAUKEE WI 53201
MAVERICK FINANCE-DBA CONTINENTAL CREDIT 706 10TH STREET  WICHITA FALLS TX 76301
MILLENNIUM LOAN FUND LLC 4600 NEW LINDEN HILL RD  WILMINGTON DE 19808
NCP FINANCE LIMITED PARTNERSHIP CHECK N GO 100 EAST THIRD STREET  5TH FLOOR DAYTON OH 45402
PERDUE BRANDON FIELDER COLLINS & MOTT PO BOX 8188  WICHITA FALLS TX 76307
QUANTUM3 GROUP LLC AS AGENT FOR ACE CASH EXPRESS INC PO BOX 788 KIRKLAND WA 98083
SERVICE LOANS 2605 5TH STREET  SUITE H  WICHITA FALLS TX 76301
SHAMROCK FINANCE 3624 JACKSBORO HWY  WICHITA FALLS TX 76302
SUN LOANS 3146 5TH ST STE H  WICHITA FALLS TX 76301
TEXAS CAR TITLE & PAYDAY LOANS 2708 SW PARKWAY 168B  WICHITA FALLS TX 76308
THE CASH STORE 3900 SHEPPARD ACCESS RD  WICHITA FALLS TX 76308
UNION SQUARE FEDERAL CREDIT UNION 1401 HOLLIDAY  WICHITA FALLS TX 76301
UNITED COMPUCRED-KIOWA RED RIVER CASION PO BOX 111100  CINCINNATI OH 45211
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WESTERN FINANCE 3100 SEYMOUR HWY STE 3114/3116  WICHITA FALLS TX 76301
WESTERN SHAMROCK CORPORATION ATTENTION BANKRUPTCY 801 S ABE ST SAN ANGELO TX 76903
WICHITA COUNTY PO BOX 1471  WICHITA FALLS TX 76307
XPRESS CHEX/KIOWA RED RIVER CASINO 111 LOMAS BLVD NW SUITE 400  ALBUQUERQUE NM 87102