Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

ANNA MARIA MOLINA

CASE NO. 14-70096-HDH-13

AKA1: ANNA BERG MOLINA                    AKA2:
DBA1:                                     DBA2:
SS#1: xxx-xx- 9770                        SS#2:

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

  A. Orig. Date:   4/25/2014   Orig. Time:   11:00 AM       Reset Date:          Reset Time:

  B. Meeting Results:      Adjourned

  C. Debtor(s):    Debtor 1 Appeared

  D. Attorney for Debtor(s):    Appeared

  E. Creditor Appearance:    None

  F. Amount Paid to the Trustee as of       4/25/2014    $300.00     First Payment Due Date:     4/27/2014

  G. File Trustee's Motion to Dismiss because

  H. B22C Information:      B22C Form is:     Complete

      Budgeted Income:    $2,424.10    Expense:    $2,124.10    Surplus:    $300.00

      Plan Payment:    $300.00  Monthly                    Plan Term(Months):    60

  I. Value of Non-Exempt Property:          $0.00   Proposed Amount to Unsecured Creditors:          $0.00

      Objection to Exemption of:

      ___  Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:   11-70141

      ___  Object to Invoke Stay Pleading

      ___  Case Converted from Chapter 7, Bar Date Set:     7/24/2014    Date Converted from Chapter 7:

  J. Required Information:    Good

  K. Business Information:

  L. Object to Confirmation:    No

    None at this time

  M. Financial Management Class:    Debtor 1 Appeared

  N. Eligibility:

      Certificate of Credit Counseling Filed:    Debtor 1 Only

      Credit Counseling Provider Approved:                    Yes

      Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):          No

  O. Domestic Support Obligation:          $0.00    Current:          Arrears:          $0.00

    Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

  P. Remarks:    Questions
    -Previous case dismissed 3/11/14 due to arrears, but Ms could gamble & lose over $28,000 in 2013?
      -No payment Sept, Nov, Dec 2013 or Jan 2014
    -Ms will be required to provide future tax returns.
      -Gambling winning or loss will be proof of gambling & grounds for dismissal or modification.

Dated:    4/25/2014                                    /s/ Walter O'Cheskey

                                                       Standing Bankruptcy Trustee
                                                       By:     Brent Hagan

| Case Number: | 14-70096 |
|---|---|
| Debtor: | Molina |
| Attorney: | White |
| Presiding Officer: | Brent Hagan |
| Calculation Date: | 4/24/2014 16:47 |

| Domestic Support   Input name from Plan | Arrears Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| TX Car | $2,500.00 | 5.50% | 24 | $110.24 | $2,645.74 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor        Input name from Plan | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees        Paid Through the Plan | $3,176.00 | | $3,176.00 |
|---|---|---|---|
| Noticing Fees | $130.68 | | $130.68 |
| Clerk Filing Fees | $0.00 | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | |
|---|---|---|---|
| Chapter 7 Minimum (Gross) | $0.00 | | |
| Less Trustee Fees | $0.00 | | |
| Less Attorney Fees | $3,176.00 | | |
| Less Noticing Fees | $130.68 | Greater Of --------> | $0.00 |
| Less Clerk Filing Fees | $0.00 | | |
| Less Scheduled Priority Claims | $0.00 | | |
| Less Other (Explain Below) | $0.00 | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | $21,012.56 |
|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $6,599.28 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $18,000.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $11,400.72 |

**Comments:**

Version 1.03 Last Revised: 7/31/2008